# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.: 04-20177-B |
| ) | |
| GERALD RAYBORN ) | |
| BONNIE RAYBORN and ) | |
| LARRY BULLOCK ) | |
| ) | |
| Defendants. ) | |

FILED BY ____ D.C.

05 MAY 23  PM 12: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## ORDER

Upon motion of the United States to take the handwriting exemplars of Bonnie Rayborn, Gerald Rayborn, and Larry Bullock and after fully considering this matter, and for good cause shown,

**IT IS ORDERED** that Bonnie Rayborn, Gerald Rayborn, and Larry Bullock shall provide handwriting exemplars to the United States.

Entered this 20 day of May ~~January~~, 2005.

J. Daniel Breen
United States District Judge



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT