IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 18 AM 10: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 04-20177-01-B |
| ) | |
| GERALD RAYBORN ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on July 11, 2005, the United States Attorney for this District, Kevin Whitmore, representing the Government, and the defendant, Gerald Rayborn, appearing in person and with counsel, James Garts and James Wilson.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on July 14, 2005, and announced a verdict of GUILTY as to Counts 1, 2, 3 & 4 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **Tuesday, October 18, 2005 at 1:30 p.m.** in Courtroom Number 1, on the 11th Floor, before Judge J. Daniel Breen.

Defendant was permitted to remain on his present bond status.

ENTERED this the 18th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-18-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT