IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No.: <u>04-20177-B</u> |
| | ) | |
| GERALD RAYBORN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter, Motion for Extension to file Preliminary Order, was brought to this Court by the United States on behalf of the parties. The parties request additional time, 15 days from the date of this Order, to file a joint preliminary order or separate preliminary orders. The parties believe that this additional time may allow the parties to present a joint preliminary order to the Court, and after fully considering this matter, and for good cause shown,

**IT IS ORDERED** that the parties shall file a joint preliminary order or separate preliminary orders within 15 days of the date this Order is entered.

Entered this 25th day of August, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT